EXHIBIT 2

# PURCHASE INVOICE

Pay
To:   Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | | |
|---|---|---|
| Billing Operator:  Halliburton NF | | CONSULTANT::  Allen Gallow |
| County/Par/St/Ctry:  Belmont County, OH | | Customer:  Gulfport |
| Dates Worked:  2/24/2015 | | Job Type:  Land |
| Location:  Belmont County, OH | | Requisitioner:  RJohnson |
| Well Name:  McLaughlin 4B | | |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| MILEAGE | Mileage | Miles | 98 | 0.555 | 54.39 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |

| | |
|---|---|
| Subtotal: | 349.39 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **349.39** |

Confidential

# PURCHASE INVOICE

Pay
To:   Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #:  D14093  
CONSULTANT::  Allen Gallow  
Customer:  Gulfport  
Job Type:  Land  
Requisitioner:  RJohnson  

Billing Operator:  Halliburton NF  
County/Par/St/Ctry:  Belmont County, OH  
Dates Worked:  2/25/2015 - 3/4/2015  
Location:  Belmont County, OH  
Well Name:  McLaughlin 5B  

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 8 | 260.00 | 2,080.00 |
| MILEAGE | Mileage | Miles | 67 | 0.55507 | 37.19 |
| PERDIEM | Per Diem | Days | 8 | 35.00 | 280.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 6.24 | -6.24 |

| | |
|---|---|
| Subtotal: | 2,390.95 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,390.95** |

# PURCHASE INVOICE

Purchase Invoice Number: 031515
Purchase Invoice Date: 3/15/2015
Page: 1

Pay
To:     Allen Gallow

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-201044 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  D14093
CONSULTANT::  Allen Gallow
Customer:  Gulfport
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Belmont County, OH
Dates Worked:  3/12/2015 - 3/15/2015
Location:  Belmont County, OH
Well Name:  McLaughlin 5B

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 4 | 260.00 | 1,040.00 |
| MILEAGE | Mileage | Miles | 67 | 0.55507 | 37.19 |
| PERDIEM | Per Diem | Days | 4 | 35.00 | 140.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 3.64 | -3.64 |

| | |
|---|---|
| Subtotal: | 1,213.55 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **1,213.55** |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

Well Name:  McLaughlin 210168 5B          AFF #:  D1493
Dates Worked:  March 16-24, 2015          Location:  Belmont County, OH
Service Description:  Horizontal Drilling

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 9 | 260.00 | 2,340.00 |
| PERDIEM | Per Diem | Days | 9 | 35.00 | 315.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 8.19 | -8.19 |

| | |
|---|---|
| Subtotal: | 2,646.81 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 2,646.81 |

Confidential

# PURCHASE INVOICE

Purchase Invoice Number: 3242015
Purchase Invoice Date: 3/24/2015
Page: 1

Pay
To:  Allen Gallow

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-201044 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  D1493
CONSULTANT::  Allen Gallow
Customer:  Gulfport
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Belmont County, OH
Dates Worked:  3/16/2015 - 3/24/2015
Location:  Belmont County, OH
Well Name:  McLaughlin 210168 5B

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 9 | 260.00 | 2,340.00 |
| PERDIEM | Per Diem | Days | 9 | 35.00 | 315.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 8.19 | -8.19 |

| | |
|---|---|
| Subtotal: | 2,646.81 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,646.81** |

Confidential

MUDTECH 000639

# PURCHASE INVOICE

Pay
To:   Allen Gallow

Ship
To:

| | | |
|---|---|---|
| Ship Via | | |
| Receive By | | Confirm To | |
| Terms | NET 10 Days | Buyer | William Stavinoha |
| Vendor ID | V-201044 | P.O. Number | |
| | | P.O. Date | |

AFF #:  D1493
CONSULTANT::  Allen Gallow
Customer:  Gulfport
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Belmont County, OH
Dates Worked:  3/25/2015
Location:  Belmont County, OH
Well Name:  McLaughlin 210168 5B

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| MILEAGE | Mileage | Miles | 67 | 0.55507 | 37.19 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 331.28 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **331.28** |

Confidential

# PURCHASE INVOICE

Pay
To: Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #: BS-15-LY-D-01
CONSULTANT:: Allen Gallow
Customer: Edgemarc
Job Type: Land
Requisitioner: RJohnson

Billing Operator: Halliburton NF
County/Par/St/Ctry: Belmont County, OH
Dates Worked: 4/8/2015 - 4/9/2015
Location: Butler County, PA
Well Name: Lynx 1MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| MILEAGE | Mileage | Miles | 116 | 0.555 | 64.38 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

| | |
|---|---|
| Subtotal: | 652.56 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 652.56 |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-201044 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  BS-15-LY-D-07
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/10/2015 - 4/12/2015
Location:  Butler County PA
Well Name:  Lynx 7MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 3 | 260.00 | 780.00 |
| PERDIEM | Per Diem | Days | 3 | 35.00 | 105.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 2.73 | -2.73 |

| | |
|---|---|
| Subtotal: | 882.27 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **882.27** |

Confidential

MUDTECH 000642

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | |
|---|---|
| AFF #:  BS-15-LY-D-08 | Billing Operator:  Halliburton NF |
| CONSULTANT::  Allen Gallow | County/Par/St/Ctry:  Butler County, PA |
| Customer:  Edgemarc | Dates Worked:  4/13/2015 |
| Job Type:  Land | Location:  Butler County PA |
| Requisitioner:  RJohnson | Well Name:  Lynx 8BH |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 294.09 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 294.09 |

Confidential

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-201044 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  BS-15-LY-D-09
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/14/2015
Location:  Butler County PA
Well Name:  Lynx 9MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 294.09 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **294.09** |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | | |
| Receive By | | | |
| Terms | NET 10 Days | Buyer | William Stavinoha |
| Vendor ID | V-201044 | P.O. Number | |
| | | P.O. Date | |

Confirm To

AFF #:   BS-15-LY-D-17
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/15/2015 - 4/17/2015
Location:  Butler County PA
Well Name:  Lynx 9MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 3 | 260.00 | 780.00 |
| PERDIEM | Per Diem | Days | 3 | 35.00 | 105.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 2.73 | -2.73 |

| | |
|---|---|
| Subtotal: | 882.27 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 882.27 |

Confidential

# PURCHASE INVOICE

| | | |
|---|---|---|
| Purchase Invoice Number: | | 041515D |
| Purchase Invoice Date: | | 4/18/2015 |
| | | Page: 1 |

Pay
To:     Allen Gallow

Ship
To:

| | | |
|---|---|---|
| Ship Via | | |
| Receive By | | |
| Terms | NET 10 Days | |
| Vendor ID | V-201044 | |

Confirm To
Buyer          William Stavinoha
P.O. Number
P.O. Date

AFF #:  BS-15-LY-D-17
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/18/2015
Location:  Butler County PA
Well Name:  Lynx 17BH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 294.09 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 294.09 |

Confidential

MUDTECH 000646

# PURCHASE INVOICE

Purchase Invoice Number: 041515E
Purchase Invoice Date: 4/19/2015
Page: 1

Pay
To:   Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | |
|---|---|
| AFF #:  BS-15-LY-D-04 | Billing Operator:  Halliburton NF |
| CONSULTANT::  Allen Gallow | County/Par/St/Ctry:  Butler County, PA |
| Customer:  Edgemarc | Dates Worked:  4/19/2015 |
| Job Type:  Land | Location:  Butler County PA |
| Requisitioner:  RJohnson | Well Name:  Lynx 4MH |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 294.09 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **294.09** |

Confidential

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | |
|---|---|
| AFF #:   BS-15-LY-D-15 | Billing Operator:  Halliburton NE |
| CONSULTANT::  Allen Gallow | County/Par/St/Ctry:  Butler County, PA |
| Customer:  Edgemarc | Dates Worked:  4/20/2015 |
| Job Type:  Land | Location:  Butler County PA |
| Requisitioner:  RJohnson | Well Name:  Lynx 15BH |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| MILEAGE | Mileage | Miles | 116 | 0.555 | 64.38 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 358.47 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **358.47** |

# PURCHASE INVOICE

Pay
To:    Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | |
|---|---|
| AFF #:   BS-15-LY-D-07 | Billing Operator:  Halliburton NE |
| CONSULTANT::  Allen Gallow | County/Par/St/Ctry:  Butler County, PA |
| Customer:  Edgemarc | Dates Worked:  4/28/2015 - 4/29/2015 |
| Job Type:  Land | Location:  Butler County PA |
| Requisitioner:  RJohnson | Well Name:  Lynx 7MH |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| MILEAGE | Mileage | Miles | 116 | 0.555 | 64.38 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

| | |
|---|---|
| Subtotal: | 652.56 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **652.56** |

# PURCHASE INVOICE

Pay
To:   Allen Gallow

Ship
To:

| | | |
|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #:  BS-15-LY-D-15
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/30/2015 - 5/1/2015
Location:  Butler County PA
Well Name:  Lynx 8BH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

| | |
|---|---|
| Subtotal: | 588.18 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **588.18** |

Confidential

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | | |
|---|---|---|
| AFF #:   BS-15-LY-D-09 | | Billing Operator:  Halliburton NE |
| CONSULTANT::  Allen Gallow | | County/Par/St/Ctry:  Butler County, PA |
| Customer:  Edgemarc | | Dates Worked:  5/2/2015 - 5/3/2015 |
| Job Type:  Land | | Location:  Butler County PA |
| Requisitioner:  RJohnson | | Well Name:  Lynx 9MH |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

| | |
|---|---|
| Subtotal: | 588.18 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **588.18** |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #:  BS-15-LY-D-17
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  5/4/2015 - 5/6/2015
Location:  Butler County PA
Well Name:  Lynx 17BH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 3 | 260.00 | 780.00 |
| PERDIEM | Per Diem | Days | 3 | 35.00 | 105.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 2.73 | -2.73 |

| | |
|---|---|
| Subtotal: | 882.27 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 882.27 |

Confidential

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | |
|---|---|---|
| Ship Via | | |
| Receive By | | |
| Terms | NET 10 Days | |
| Vendor ID | V-201044 | |

Confirm To
Buyer            William Stavinoha
P.O. Number
P.O. Date

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  5/7/2015 - 5/8/2015
Location:  Butler County PA
Well Name:  Lynx 4MH

CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

|  |  |
|---|---|
| Subtotal: | 588.18 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **588.18** |

Confidential

MUDTECH 000653

# PURCHASE INVOICE

Pay
To:   Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

| | | |
|---|---|---|
| AFF #:  BS-15-LY-D-02 | Billing Operator:  Halliburton NE | |
| CONSULTANT::  Allen Gallow | County/Par/St/Ctry:  Butler County, PA | |
| Customer:  Edgemarc | Dates Worked:  5/9/2015 - 5/10/2015 | |
| Job Type:  Land | Location:  Butler County PA | |
| Requisitioner:  RJohnson | Well Name:  Lynx 2MH | |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 260.00 | 520.00 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 1.82 | -1.82 |

| | |
|---|---|
| Subtotal: | 588.18 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **588.18** |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #:   BS-15-LY-D-03
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  5/11/2015
Location:  Butler County PA
Well Name:  Lynx 3MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| MILEAGE | Mileage | Miles | 116 | 0.555 | 64.38 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.91 | -0.91 |

| | |
|---|---|
| Subtotal: | 358.47 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 358.47 |

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

Billing Operator:  Halliburton NF
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  BStavinoha

CONSULTANT::  Allen Gallow
Dates Worked:  12/22/2015 - 12/28/2015
Location:  Butler County, PA
Well Name:  Dorado 1MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 260.00 | 1,820.00 |
| MILEAGE | Mileage | Miles | 238 | 0.555 | 132.09 |
| PERDIEM | Per Diem | Days | 7 | 35.00 | 245.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 4.73 | -4.73 |

| | |
|---|---|
| **Subtotal:** | **2,192.36** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,192.36** |

# PURCHASE INVOICE

Pay
To:    Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

Billing Operator:  Halliburton NF
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  BStavinoha

CONSULTANT::  Allen Gallow
Dates Worked:  12/22/2015 - 12/28/2015
Location:  Butler County, PA
Well Name:  Dorado 1MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 260.00 | 260.00 |
| MILEAGE | Mileage | Miles | 83 | 0.55506 | 46.07 |
| PERDIEM | Per Diem | Days | 1 | 35.00 | 35.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.68 | -0.68 |

| | |
|---|---|
| Subtotal: | 340.39 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 340.39 |