# Exhibit 42

| | |
|---|---|
| Message | |
| From: | Sarah Terranova [sterranova@mudtechservices.com] |
| Sent: | 6/4/2013 10:16:27 PM |
| CC: | Bill Stavinoha [BStavinoha@mudtechservices.com]; Jerry Hancock (Mudtech) [JHancock@mudtechservices.com] |
| Subject: | Invoices |

Gentlemen,

Bill has sent out numerous emails on the issues of invoicing. While some of you are filling out your invoices and sending in your receipts the way that you are supposed to, others still seem to be having trouble. Below is a list of some of the things that need to be corrected. If any of these are not on, or attached to, your invoice, then your invoice will not be processed. We simply do not have time to contact everyone individually, prior to every pay cycle, to track down the missing information.
**Please make sure that you read the following list as this will be the last time you will be informed of this…**

On the front input page of your invoice you must include the following…

1. The name of the Operator (This is **NOT** the name of the rig.)
2. The billing Operator (As of now most of you are out for Halliburton or MI Swaco.)
3. The well name (Unless you are working at a mud plant where there is no well name this **MUST** be on your invoice, this **IS NOT** the rig.)
4. The location of where you are working (This can be either the city or county and the state)
5. The dates you worked ( There are two boxes here, the first one is the date you started working and the second is your last day of working. Please use the MM/DD/YY format here.)
6. At the bottom of the first page, please make sure you put the total number of days you worked.

You **MUST** submit a mileage log or you **WILL NOT** get paid for your mileage. In addition to submitting the log, you need to put the total number of miles from your mileage log on the front page of your invoice. If they are not added to your invoice they will not be paid.

There is a timesheet on your invoice template for a reason. Make sure that you are filling out your timesheet. Simply mark the day you arrived (A), the days you worked (W), and the day you left the rig (L).

If you do not submit your receipts for expenses you **WILL NOT** be paid for them.

Lastly, when you check out of a hotel, or return a rental, you **MUST** get a receipt. Your invoice **WILL NOT** be processed if these are not submitted with it.

Should you have any questions, I am available by email and phone. I will be more than happy to help you get everything worked out.