EXHIBIT 46

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
mudtechinvoices@mudtechservices.com

| | |
|---|---|
| Name | Damon King |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | kingda777@yahoo.com |
| Date | July 7, 2015 |
| Invoice Number | 52 |
| Operator | Cactus 152 |
| Billing Operator | Haliburton |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | FSB 1H-26X |
| Location | El Reno, OK |
| County/Parish/State/Country | King Fisher County |
| AFE Number | |
| Work Order Number | n/a |
| Dates Worked | 2015,06/24/2015,06/26 |
| Date & Time Arrived Location/Rig | Monday, June 22, 2015 |
| Date & Time Departed Location/Rig | Friday, June 26, 2015 |
| Travel Day Billing    To The Rig | Monday, June 22, 2015 |
| This Pay Period    Back Home | Friday, June 26, 2015 |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 4 | $ 260.00 |
| Training Day | | $   - |
| Stand- By Rate | | $   - |
| Travel Day | | |
| Mileage | 1224 | $   0.57 |
| Per Diem | | |
| Cell Phone | | $   - |
| Computer w/Printer | | $   - |
| Mud Kit | | $   - |
| Other Equipment | | $   - |
| Bonus | | $   - |
| Re-Bill - | Cactus 152 | |
| Flight | | $   - |
| Hotel | | $   - |
| Rental Car | | $   - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

# MUDTECHSERVICES

1009 Regional Park Drive ~ Houston, Texas 77060-3497
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

## Engineer Ticket

## INVOICE

**Consultant Name:** Darron King
**Consultant Address:**

**Telephone Number:**
**Social Security #:**

| | Date | Number |
|---|---|---|
| **MTS Operator** | 7-Jul-15 | 52 |

| Well Name & No. | | |
|---|---|---|
| Cactus 152 | FSB 1H-28X | |

| **Billing Operator** | **Location** | **County/Parish/State/Country** | **Job Type** |
|---|---|---|---|
| Halliburton | El Reno, OK | King Fisher County | Land |

| **AFE Number** | **Work Order / Routing Code Number** | **Dates Worked** |
|---|---|---|
| | n/a | 06/22/2015, 06/23/2015, 06/24/2015, 06/25/2015, 06/26/2015 |

| **Date & Time Arrived Location/Rig** | **Date & Time Departed Location/Rig** |
|---|---|
| Monday, June 22, 2015 | Friday, June 26, 2015 |

### DESCRIPTION

| | | | | | TOTAL |
|---|---|---|---|---|---|
| Number of Days Worked | 4 | x | $260.00 | / Per Day | $1,040.00 |
| Training Day | | x | $0.00 | / Per Day | #VALUE! |
| Stand- By Rate | 0 | x | $0.00 | / Per Day | $0.00 |
| Travel Day | | x | | / Per Day | #VALUE! |
| Mileage | 1224 | Miles @ | $0.57 | | $697.68 |
| Per Diem | | Days @ | | | #VALUE! |
| Cell Phone | 0 | Days @ | $0.00 | | $0.00 |
| Computer w/Printer | 0 | Days @ | $0.00 | | $0.00 |
| Mud Kit | 0 | Days @ | $0.00 | | $0.00 |
| Other Equipment | 0 | Days @ | $0.00 | | $0.00 |
| Bonus | 0 | | $0.00 | | $0.00 |

#### Re-Bill - Cactus 152

| | | | |
|---|---|---|---|
| | Flight | 0 | @ | $0.00 |
| | Hotel | 0 | @ | $0.00 |
| | Rental Car | 0 | @ | $0.00 |

| Expenses* | SEE ATTACHED EXPENSE STATEMENT | $ | - |
|---|---|---|---|

| | | |
|---|---|---|
| Total Invoice / Expenses | | #VALUE! |
| Credit Statement | | $0.00 |
| Total Invoice Expenses/Credits | | #VALUE! |

# MudTechSERVICES

## TIME SHEET

| EMPLOYEE NAME | Damon King | | SIGNATURE | Damon King (signature on file) |
|---|---|---|---|---|
| DATE PREPARED | 7-Jul-15 | | | |
| OPERATOR | Cactus 152 | | BILLING OPERATOR | Halliburton |

MONTH OF: Oct-14

| DAYS | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | A/W | W | W | W | W/L | | | | | | |
| LOCATION | 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LEGEND:
A = ARRIVED LOCATION
L = LEFT LOCATION
W = WORKED

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Menefee] 00007895

# MUDTECHSERVICES

## EXPENSE STATEMENT

**INVOICE NO.** 52

**NAME:** Damon King
**Dates Worked:** 12/11/2014-12/25/2014

**OPERATOR:** Cactus 152
**LOCATION:** King Fisher County

| DATE | Lodging | Air Fare | Non Per Diem Meals | Rental Car | Cab Fare/Parking | Misc. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| | |
|---|---|
| Lodging | $0.00 |
| Air Fare | $0.00 |
| Non Per Diem Meals | $0.00 |
| Rental Car | $0.00 |
| Cab Fare/Parking | $0.00 |
| Misc. | $0.00 |
| TOTAL EXPENSES | $0.00 |

Receipts are required for all expenses on this page.
Please email receipts to scasey@mudtechservices.com
or fax receipts to (281) 951-4341.

*Damon King* (signature on file)

NAME - SIGNATURE

# M U D **T E C H** S E R V I C E S

## CREDIT STATEMENT

**INVOICE NO.** 52

| NAME: | Damon King | OPERATOR: | Cactus 152 |
|---|---|---|---|
| Dates Worked: | #REF! | LOCATION: | King Fisher County |

| DATE | Unauthorized Hotel Expenses | Unauthorized Air Fare | Non Per Diem Meals | Unauthorized Rental Car | Cab Fare/Parking | Unauthorized Misc. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| | |
|---|---|
| authorized Hotel Expenses | $0.00 |
| Unauthorized Air Fare | $0.00 |
| Non Per Diem Meals | $0.00 |
| Unauthorized Rental Car | $0.00 |
| Cab Fare/Parking | $0.00 |
| Unauthorized Misc. | $0.00 |
| TOTAL EXPENSES | $0.00 |