EXHIBIT 47

| | |
|---|---|
| **From**: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Sent**: | 5/6/2013 2:34:32 PM |
| **To**: | msatter85@gmail.com; jaywillburnett@gmail.com; acwilder@aol.com; joel-mata@live.com; bob.watson_rts@yahoo.com; jamescaddell71@yahoo.com; tommyhjones@gmail.com; rickygil94@yahoo.com; calum_wolfe@yahoo.com; davidcason02@gmail.com; dww_2218@yahoo.com; keithholt97@yahoo.com; gavins_mommie08@yahoo.com; bbatten54@aol.com; bdwtex@yahoo.com; brianpippin36@gmail.com; halstead2011@gmail.com; blade9edge@msn.com; davebrinckman@gmail.com; varnerk2012@gmail.com; nplankenhorn@gmail.com; box.joshua@yahoo.com; mikeneely25@yahoo.com |
| **CC**: | Sarah Terranova [sterranova@mudtechservices.com]; Jerry Hancock (Mudtech) [JHancock@mudtechservices.com] |
| **Subject**: | Second Time-PLEASE READ THE WHOLE EMAIL |

Guys,

While there has been some improvement on the issues I wrote about last time I feel that many of you did not read the ENTIRE email. I am including it again with the hopes that the second email will get your attention. We WILL NOT as of today be paying invoices if the following steps cannot be followed. If your mileage logs do not accompany your invoice the mileage will not get paid. If your receipts are not there for expenses they will not get paid and will not be paid at a later date. And most importantly, if your receipts for expenses that we prepaid are not there we will not process your invoice at all. We simply do not have the time to go back and fix what needs to be done already. While we want to ensure that everyone gets paid the responsibility for your invoices is YOURS!

## PLEASE READ ALL OF THE FOLLOWING:

Sarah has informed me of a few invoicing issues that I feel need to be addressed. I need for you guys to understand these things moving forward as we are just too busy to do this for you and it is truly your responsibility to do them. Please remember that while we try and be as supportive as we can, there are only two of us and several of you.

The invoices should contain all of the following:

-Name
-Address
-Phone Number
-Email Address
-Operator (the company the rig is drilling for example Chesapeake, BP, etc.)
-Billing Operator (the company we sent you to work for example MI Swaco, Halliburton, Baker etc.)
-Job Type (Land, Barge or Offshore)
-Well Name and Number
-Location (nearest town or city or port that you left from if offshore)
-County/Parish/State
-Dates Worked (first box is when you arrive and second box is when you leave)
-Date and time arrived and departed
-Number of days worked and day rate
-Mileage if any
-Time sheets and mileage logs need to accompany the invoice when sent in. Mileage will not be paid without a log.

All invoices received moving forward without this information will be rejected and not paid until filled out correctly. It is your responsibility to complete the invoice and have it sent to us on time. Please note if you are on more than one rig during an invoice cycle we will need one invoice per rig. All invoices need to be emailed to Sarah (sterranova@mudtechservices.com) and copy me (bstavinoha@mudtechservices.com).

If you have expenses that need to be paid the receipts must be with the invoice and the expense statement needs to be filled out entirely. If you don't send in the receipts we cannot pay the expenses. Digital pictures are not acceptable for a receipt. They should be scanned or faxed.

When we book a hotel or rental car for you when you check out or turn in the car you need to get a receipt and send them in to us. We try very hard to make this as easy on you as possible by assuming the upfront cost, but we need your help in getting the receipts so we can bill our customers. If you don't get a receipt or fail to check out we will have no choice but to deduct it from your pay.

We have had a lot of calls at odd hours for different issues. I want to address what is an acceptable reason to call either Sarah or myself after office hours. If you have a travel problem, family emergency, or any issue requiring you to leave the rig please feel free to call anytime. Always try me first after hours. Questions about invoices or paychecks or if I have work available need to be limited to Monday through Friday 8 a.m. to 5 p.m. I also have a few issues with the way some things have been communicated to us. **Please remember that Sarah is a lady and the tone and language needs to be fitting of speaking to a lady. I know we all work in the oilfield and swearing is part of our everyday life on the rigs, but she handles your pay and travel and needs to be respected. I will not tolerate her being spoken to in a disrespectful manner. There needs to be a certain level of professionalism adhered to when addressing Sarah or myself.**

**If you are already doing all these things then please take this as a thank you for a job well done and if you aren't start doing this now.**

We are glad all of you are part of the MudTech team and look forward to working with you guys for a long time.


Regards,

Bill Stavinoha
U.S. Operations Manager
MudTech Services Environmental Services Group
Oilfield Technical Advisors Environmental Services Group
(713) 904-7566 office
(281) 951-4341 fax
(281) 639-5986 cell
bstavinoha@mudtechservices.com

| **From**: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Sent**: | 4/9/2013 1:20:30 PM |
| **To**: | Ricky Gil (rickygil94@yahoo.com) [rickygil94@yahoo.com] |
| **Subject**: | FW: Template |
| **Attachments**: | Mileage Log.xlsx; MudTech Consultant Invoice-ESG.xls |

Regards,

Bill Stavinoha
U.S. Operations Manager
MudTech Services Environmental Services Group
Oilfield Technical Advisors Environmental Services Group
(713) 904-7566 office
(281) 951-4341 fax
(281) 639-5986 cell
bstavinoha@mudtechservices.com

THIS DOCUMENT WAS PRODUCED NATIVELY

MudTech [Menefee] 00004524

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
sterranova@mudtechservices

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 6 | Name | | | | | |
| 7 | Street Address | | | | | |
| 8 | City, State, Zip Code | | | | | |
| 9 | Social Security # | | | | | |
| 10 | Telephone Number | | | | | |
| 11 | Email Address | | | | | |
| 12 | | | | | | |
| 13 | Date | | | | | |
| 14 | Invoice Number | | | | | |
| 15 | | | | | | |
| 16 | Operator | | | | | |
| 17 | Billing Operator | | | | | |
| 18 | Job Type (Land / Offshore) | | | | | |
| 19 | Well Name & Number | | | | | |
| 20 | Location | | | | | |
| 21 | County/Parish/State/Country | | | | | |
| 22 | AFE Number | | | | | |
| 23 | Work Order Number | | | | | |
| 24 | Dates Worked | | | | | |
| 25 | Date & Time Arrived Location/Rig | | | | | |
| 26 | Date & Time Departed Location/Rig | | | | | |
| 27 | Travel Day Billing This Pay Period | To The Rig | | | | |
| 28 | | Back Home | | | | |

| | Description | # Days/Miles | Rates |
|---|---|---|---|
| 30 | Worked | | $   - |
| 31 | Training Day | | $   - |
| 32 | Stand- By Rate | | $   - |
| 33 | Travel Day | | $   - |
| 34 | | | |
| 35 | Mileage | | $   - |
| 36 | Per Diem | | $   - |
| 37 | Cell Phone | | $   - |
| 38 | Computer w/Printer | | $   - |
| 39 | Mud Kit | | $   - |

**Mud Tech Services**
Phone (281) 951-4356 · Fax (281) 951-4341

| | G |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | <== PLEASE DO NOT FORGET TO CREATE A NEW INVOICE # EACH TIME |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | <== This can also be the "Pay Key", "Routing Code", or other operator-required # |
| 24 | <== Please enter the dates that you worked. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | <== Please contact your New Tech Rep. for your current rates. |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | <== The yellow blanks are for you to add any charges that are not listed above. |

| | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | **Instructions for the Invoice Template** | | | | | | |
| 3 | | | | | | | | |
| 4 | | **TABS : "Input Sheet - START HERE" & "Invoice - PROTECTED"** | | | | | | |
| 5 | | This worksheet is the **"Information Input Sheet"**. Everything that you enter onto this sheet will be automatically inputted into the invoice sheet. Please do | | | | | | |
| 6 | | not change the invoice or input sheet. If you need additional information on | | | | | | |
| 7 | | the template, please let us know. | | | | | | |
| 8 | | | | | | | | |
| 9 | | **TAB : "Time Sheet", "Expense Report" & "Engineering Time Sheet"** | | | | | | |
| 10 | | Fill these out when appropriate. The "Expense Report Statement" is used if you | | | | | | |
| 11 | | have any expenses requiring receipts. Please email or fax copies of the receipts | | | | | | |
| 12 | | when your invoice is submitted to accounting | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 40 | | Other Equipment | | | $ - | |
| 41 | | Bonus | | | $ - | |
| 42 | | | Re-Bill - | | | |
| 43 | | Flight | | | $ - | |
| 44 | | Hotel | | | $ - | |
| 45 | | Rental Car | | | $ - | |

**Mud Tech Services**
Phone (281) 951-4356 · Fax (281) 951-4341

# MUDTECHSERVICES

1030 Regional Park Drive ~ Houston, Texas 77060-3497
Phone (281) 951-4356 ~ Fax (281) 951-4341

## Engineer Ticket

**Consultant Name:**
**Consultant Address:**

**Telephone Number:**
**Social Security #:**

## INVOICE

| MTS Operator | Well Name & No. | Date | Number |
|---|---|---|---|
| | | 0-Jan-00 | |

| Billing Operator | Location | County/Parish/State/Country | Job Type |
|---|---|---|---|
| | | 0 | |

| AFE Number | Work Order / Routing Code Number | Dates Worked | |
|---|---|---|---|
| 0 | | 0 | |

| Date & Time Arrived Location/Rig | Date & Time Departed Location/Rig |
|---|---|

| DESCRIPTION | | | | TOTAL |
|---|---|---|---|---|
| Number of Days Worked | 0 | x | $0.00 / Per Day | $0.00 |
| Training Day | 0 | x | $0.00 / Per Day | $0.00 |
| Stand- By Rate | 0 | x | $0.00 / Per Day | $0.00 |
| Travel Day | 0 | x | $0.00 / Per Day | $0.00 |
| Mileage | 0 | Miles @ | $0.00 | $0.00 |
| Per Diem | 0 | Days @ | $0.00 | $0.00 |
| Cell Phone | 0 | Days @ | $0.00 | $0.00 |
| Computer w/Printer | 0 | Days @ | $0.00 | $0.00 |
| Mud Kit | 0 | Days @ | $0.00 | $0.00 |
| Other Equipment | 0 | Days @ | $0.00 | $0.00 |
| Bonus | 0 | | | $0.00 |

Re-Bill -

| | A | B | C | D | E|F|G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | | Flight | 0 | @ | | $0.00 | | | | | | |
| 37 | | | Hotel | 0 | @ | | $0.00 | | | | | | |
| 38 | | | Rental Car | 0 | @ | | $0.00 | | | | | | |
| 39 | | Expenses*: | | SEE ATTACHED EXPENSE STATEMENT | | | $ | - | | | | | |
| 41 | | | | | | Total Invoice / Expenses | | $0.00 | | | | | |
| 42 | | | | | | Credit Statement | | $0.00 | | | | | |
| 43 | | | | | | Total Invoice Expenses/Credits | | $0.00 | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | |

# Mud**Tech**Services

## TIME SHEET

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAYS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | 0 | 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOCATION | AFE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EMPLOYEE NAME** 0

**DATE PREPARED** 0-Jan-00

**OPERATOR** 0

**MONTH OF:** Jan-00

**SIGNATURE**

**BILLING OPERATOR** 0

**LEGEND:**
*A = ARRIVED LOCATION*
*L = LEFT LOCATION*
*W = WORKED*

Mud Tech Services
1030 Regional Park Drive
Houston, Texas 77060
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

Revised &[DATE]

# MUDTECHSERVICES

**INVOICE NO.** 0

| | |
|---|---|
| **NAME:** | |
| **Dates Worked:** | #REF! |

**OPERATOR:** 0
**LOCATION:** 0

| DATE | Lodging | Air Fare | Non Per Diem Meals | Rental Car | Cab Fare/Parking | Misc. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Receipts are required for all expenses on this page.**
**Please email receipts to scasey@mudtechservices.com**
**or fax receipts to (281) 951-4341.**

NAME - SIGNATURE

| | |
|---|---|
| Lodging | $0.00 |
| Air Fare | $0.00 |
| Non Per Diem Meals | $0.00 |
| Rental Car | $0.00 |
| Cab Fare/Parking | $0.00 |
| Misc. | $0.00 |
| **TOTAL EXPENSES** | $0.00 |

Mud Tech Services
1030 Regional Park Drive
Houston, Texas 77067
Phone (281) 951-4356 ~ Fax (281) 951-4341

Revised &[DATE]
MudTech [Menefee] 00004532

# MUDTECHSERVICES

## CREDIT STATEMENT

**INVOICE NO.** 0

| | OPERATOR: | 0 |
|---|---|---|
| NAME: | 0 | |
| | LOCATION: | 0 |
| Dates Worked: | #REF! | |

| DATE | Unauthorized Hotel Expenses | Unauthorized Air Fare | Non Per Diem Meals | Unauthorized Rental Car | Cab Fare/Parking | Unauthorized Misc. | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| | | |
|---|---|---|
| Unauthorized Hotel Expenses | $0.00 | |
| Unauthorized Air Fare | $0.00 | |
| Non Per Diem Meals | $0.00 | |
| Unauthorized Rental Car | $0.00 | |
| Cab Fare/Parking | $0.00 | |
| Unauthorized Misc. | $0.00 | |
| TOTAL EXPENSES | $0.00 | |

Mud Tech Services
1030 Regional Park Drive
Houston, Texas 77067
Phone (281) 951-4356 ~ Fax (281) 951-4341