# Exhibit 49

| | |
|---|---|
| Message | |
| **From**: | Ross Johnson [RJohnson@mudtechservices.com] |
| **Sent**: | 12/3/2014 10:13:42 AM |
| **To**: | John Mask [jdm6161@yahoo.com] |
| **CC**: | Sarah Terranova [sterranova@mudtechservices.com]; Bill Stavinoha [BStavinoha@mudtechservices.com] |
| **Subject**: | RE: Invoices John Mask |

John,

You must separate your wells and corresponding days into two invoices. I cannot process your invoice the way it is, please revise and resubmit.

All the best,

# Ross Johnson

Consultant Coordinator – MudTech Services

rjohnson@mudtechservices.com

C) (281) 703 - 8938

O) (281) 951 - 4356

F) (281) 809 - 4626

**From:** John Mask [mailto:jdm6161@yahoo.com]
**Sent:** Monday, December 01, 2014 2:16 PM
**To:** MudTech Invoices
**Subject:** Invoices John Mask

Confidential

MUDTECH ESI 001730