EXHIBIT 52

| | |
|---|---|
| **Message** | |
| From: | Bill Stavinoha [BStavinoha@mudtechservices.com] |
| Sent: | 11/13/2012 11:05:31 AM |
| To: | box.joshua@yahoo.com; calum_wolfe@yahoo.com; Matthew Satter (msatter85@gmail.com) [msatter85@gmail.com]; joel-mata@live.com; 'jamescaddell71@msn.com' [jamescaddell71@msn.com]; lbrinckman@verizon.net; sterno22@live.com (sterno2247@gmail.com) [sterno2247@gmail.com]; tommyhjones@gmail.com; Travis Stinson (twayne311@yahoo.com) [twayne311@yahoo.com]; acwilder@aol.com; chad.barfield@yahoo.com; 'pauljozefhendriks@gmail.com' [pauljozefhendriks@gmail.com]; 'zebawill@yahoo.com' [zebawill@yahoo.com]; 'botello.leroy@yahoo.com' [botello.leroy@yahoo.com]; 'clayrich@bellsouth.net' [clayrich@bellsouth.net] |
| Subject: | Invoices |

Guys,

With the Thanksgiving holiday approaching our invoicing cycle will be cut short this time. I will need all invoices to be submitted by no later than noon on Thursday November 15, 2012. Any invoices received after that won't be paid until the 27th when banks and the office reopens.

In addition, all guys working in the NE for MI I will from now on need you to submit an invoice at the end of every hitch. They want us to get off our standard billing procedure and pay once per hitch. So from this point forward when you come home send the invoice that will finish that hitch and start a new one when you go back. You will be paid within 5 days from the end of your hitch. In other words you will no longer be paid on the 10th and 25th, but you will be paid after each hitch.

If you have any questions please call me to discuss.

Regards,

Bill Stavinoha
U.S. Operations Manager
MudTech Services Environmental Services Group
Oilfield Technical Advisors Environmental Services Group
(713) 904-7566 office
(281) 951-4341 fax
(281) 639-5986 cell
bstavinoha@mudtechservices.com