EXHIBIT 56

# PURCHASE INVOICE

Pay
To:     David Brinckman

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200656 | P.O. Date | |

AFF #:  W2043-G6RV
CONSULTANT::  David Brinckman
Dates Worked:  09/16/2013 - 09/22/2013
Location:  Susquehanna County, PA
Well Name:  Tavor Buckhorn 3H

Billing Operator:  MI Swaco NF
Customer:  Talisman
Job Type:  Land
Requisitioner:  STerranova

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 375.00 | 2,625.00 |
| MILEAGE | Mileage | Miles | 576 | 0.555 | 319.68 |
| PERDIEM | Per Diem | Days | 7 | 25.00 | 175.00 |

| | |
|---|---|
| Subtotal: | 3,119.68 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,119.68 |

# PURCHASE INVOICE

Pay
To:     James Caddell

Ship
To:

Ship Via
Receive By
Terms          NET 10 Days
Vendor ID      V-200595

Confirm To
Buyer          William Stavinoha
P.O. Number
P.O. Date

---

AFF #:  115764
CONSULTANT::  James Caddell
Customer:  CNX
Job Type:  Land
Requisitioner:  STerranova

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Westmoreland County PA
Dates Worked:  11/04/2013 - 11/09/2013
Location:  Westmoreland County PA
Well Name:  CNX-MMS-1F

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|------------|-------------|
| O-CONSULT | Consulting Services | Days | 6 | 375.00 | 2,250.00 |
| PERDIEM | Per Diem | Days | 6 | 25.00 | 150.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.08 | -0.08 |

|  |  |
|--|--|
| Subtotal: | 2,399.92 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,399.92** |

Confidential

MUDTECH 000548

# PURCHASE INVOICE

Pay
To:     Allen Gallow

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201044 | P.O. Date | |

AFF #:   BS-15-LY-D-07
CONSULTANT::  Allen Gallow
Customer:  Edgemarc
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Butler County, PA
Dates Worked:  4/10/2015 - 4/12/2015
Location:  Butler County PA
Well Name:  Lynx 7MH

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 3 | 260.00 | 780.00 |
| PERDIEM | Per Diem | Days | 3 | 35.00 | 105.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 2.73 | -2.73 |

| | |
|---|---|
| Subtotal: | 882.27 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **882.27** |

# PURCHASE INVOICE

Pay
To:    Paul Hendriks

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200640 | P.O. Date | |

AFF #:  115763
CONSULTANT::  Paul Hendriks
Dates Worked:  10/16/2013 - 10/29/2013
Location:  Westmoreland County, PA
Well Name:  MMS1D

Billing Operator:  MI Swaco NF
Customer:  Consol Energy, CNX
Job Type:  Land
Requisitioner:  STerranova

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TRAVEL | Baggage Fee | Each | 1 | 25.00 | 25.00 |
| TRAVEL | Fuel for Rental | Each | 1 | 54.03 | 54.03 |
| TRAVEL | Fuel for Rental | Each | 1 | 21.28 | 21.28 |
| TRAVEL | Fuel for Rental | Each | 1 | 15.21 | 15.21 |

| | |
|---|---|
| Subtotal: | 5,715.52 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,715.52** |

# PURCHASE INVOICE

Pay
To:     Joel Mata

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200650 | P.O. Date | |

AFF #:  30236457
CONSULTANT::  Joel Mata
Customer:  Shell
Job Type:  Land
Well Name:  Stanley 1106-23H

Billing Operator:  Halliburton Northeast
County/Par/St/Ctry:  Osceola County PA
Dates Worked:  11/21/15 - 11/30/15
Location:  Tioga PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 10 | 260.00 | 2,600.00 |
| PERDIEM | Per Diem | Days | 10 | 35.00 | 350.00 |
| CHILD SUPPORT | Child Support | Each | 1 | -346.00 | -346.00 |
| CHILD SUPPORT | Child Support | Each | 1 | -92.00 | -92.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 6.76 | -6.76 |

| | |
|---|---|
| Subtotal: | 2,505.24 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,505.24** |

# PURCHASE INVOICE

Pay
To:     James A. Sparks

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200760 | P.O. Date | |

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Tioga County PA
Dates Worked:  12/14/15 - 12/20/15
Location:  Elkland PA

CONSULTANT::  James Sparks
Customer:  Shell
Job Type:  Land
Well Name:  Stanley 23H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 260.00 | 1,820.00 |
| PERDIEM | Per Diem | Days | 7 | 35.00 | 245.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 4.73 | -4.73 |

| | |
|---|---|
| **Subtotal:** | **2,060.27** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,060.27** |

Confidential

# PURCHASE INVOICE

Pay
To: Kyle Varner

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-200689 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #: 131660
CONSULTANT:: Kyle Varner
Customer: Seneca
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: McKean County PA
Dates Worked: 06/16/2013 - 06/28/2013
Location: Kane PA
Well Name: Collins Pine WT-3213 #100H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 13 | 375.00 | 4,875.00 |
| MILEAGE | Mileage | Miles | 666 | 0.555 | 369.63 |
| PERDIEM | Per Diem | Days | 13 | 25.00 | 325.00 |

| | |
|---|---|
| Subtotal: | 5,569.63 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,569.63** |

# PURCHASE INVOICE

Pay
To:     Jacob Adams

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-200773 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

---

AFF #:  115764
CONSULTANT::  Jacob Adams
Customer:  CNX
Job Type:  Land
Well Name:  MMS-1

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Westmoreland County, PA
Dates Worked:  November 2-3, 2013
Requisitioner:  STerranova

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 375.00 | 750.00 |
| PERDIEM | Per Diem | Days | 2 | 25.00 | 50.00 |

| | |
|---|---|
| Subtotal: | 800.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **800.00** |

Confidential

# PURCHASE INVOICE

Pay
To:   Jacob Alexander

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | | |
| Receive By | | Confirm To | |
| Terms | NET 10 Days | Buyer | William Stavinoha |
| Vendor ID | V-200832 | P.O. Number | |
| | | P.O. Date | |

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Butler County PA
Dates Worked:  08/18/2014 - 08/31/2014 (1 Travel Day)
Location:  Butler County PA

CONSULTANT::  Jacob Alexander
Customer:  Penn Energy
Job Type:  Land
Well Name:  W77-1H, D3-1H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 11.25 | -11.25 |
| TRAVEL | Fuel for Rental | Each | 1 | 33.90 | 33.90 |
| TRAVEL | Fuel for Rental | Each | 1 | 27.03 | 27.03 |
| TRAVEL | Fuel for Rental | Each | 1 | 41.61 | 41.61 |
| TRAVEL | Baggage Fee | Each | 1 | 60.00 | 60.00 |

| | |
|---|---|
| **Subtotal:** | **6,126.29** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **6,126.29** |

Confidential

# PURCHASE INVOICE

Pay
To:    Ethen Jack Angcayan

Ship
To:

Ship Via
Receive By
Terms         NET 10 Days
Vendor ID     V-200988

Confirm To
Buyer         William Stavinoha
P.O. Number
P.O. Date

---

AFF #:  116882
CONSULTANT::  Ethen Angcayan
Customer:  CNX
Job Type:  Land
Well Name:  NV-61F

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Washington County PA
Dates Worked:  9/20/2014 - 9/23/2014
Location:  Washington County PA

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 3 | 350.00 | 1,050.00 |
| PERDIEM | Per Diem | Days | 3 | 35.00 | 105.00 |

| | |
|---|---|
| Subtotal: | 1,155.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **1,155.00** |

Confidential

# PURCHASE INVOICE

Purchase Invoice Number:   053114
Purchase Invoice Date:   5/31/2014
Page: 1

Pay
To:   Cedric Bradshaw

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-200755 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

Billing Operator: MI Swaco NF
County/Par/St/Ctry: Washington County PA
Dates Worked: 03/18/2014 - 03/18/2014
Location: Washington County PA

CONSULTANT:: Cedric Bradshaw
Customer: Chevron
Job Type: Land
Well Name: Sargent 9H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| WORK COMP | Workers Comp Deduction | Each | -1 | | |

| | |
|---|---|
| Subtotal: | 0.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **0.00** |

Confidential

# PURCHASE INVOICE

Pay
To:     Joshua Chaisson

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200912 | P.O. Date | |

| | |
|---|---|
| Billing Operator:  Halliburton NF | CONSULTANT::  Joshua Chaisson |
| County/Par/St/Ctry:  Greene County PA | Customer:  Rice Energy |
| Dates Worked:  04/26/2014 - 05/05/2014 | Job Type:  Land |
| Location:  Greene County PA | Well Name:  Blue Thunder 12H |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 10 | 350.00 | 3,500.00 |
| PERDIEM | Per Diem | Days | 10 | 35.00 | 350.00 |

| | |
|---|---|
| **Subtotal:** | **3,850.00** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **3,850.00** |

Confidential

# PURCHASE INVOICE

Pay
To:     Rodney Colbert

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200777 | P.O. Date | |

AFF #:  1410100181
CONSULTANT::  Rodney Colbert
Customer:  Range
Job Type:  Land
Well Name:  Kendall 10-H

Billing Operator:  CRS Reprocessing
County/Par/St/Ctry:  Washington County PA
Dates Worked:  11/11/2014 - 11/16/2014
Location:  Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 6 | 400.00 | 2,400.00 |
| PERDIEM | Per Diem | Days | 6 | 35.00 | 210.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 7.20 | -7.20 |

| | |
|---|---|
| Subtotal: | 2,602.80 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,602.80** |

Confidential

# PURCHASE INVOICE

Purchase Invoice Number:    011514
Purchase Invoice Date:    1/19/2014
Page: 1

Pay
To:    Darren Cruse

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200833 | P.O. Date | |

AFF #: 132117

CONSULTANT:: Darren Cruse

Customer: Seneca Resources

Job Type: Land

Requisitioner: STerranova

Billing Operator: MI Swaco NF

County/Par/St/Ctry: Elk County PA

Dates Worked: 01/07/2014 - 01/19/2014 (1 Travel Day)

Location: Elk County PA

Well Name: COP WT 2660 PAD H 48H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 13 | 375.00 | 4,875.00 |
| PERDIEM | Per Diem | Days | 13 | 25.00 | 325.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |

| | |
|---|---|
| Subtotal: | 5,575.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,575.00 |

Confidential

# PURCHASE INVOICE

Pay
To:     Jeff Files Consulting LLC

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200851 | P.O. Date | |

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Washington County PA
Job Type:  Land (Training)

CONSULTANT::  Jeffery Files
Dates Worked:  03/09/2014 - 03/09/2014
Location:  Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 1 | 375.00 | 375.00 |
| PERDIEM | Per Diem | Days | 1 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal: | 400.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **400.00** |

# PURCHASE INVOICE

Pay
To:   Cory Fisher

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200753 | P.O. Date | |

AFF #:  W2054-G6SK
CONSULTANT::  Cory Fisher
Customer:  Talisman
Job Type:  Land
Requisitioner:  STerranova

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Susquehanna County PA
Dates Worked:  01/27/2014 - 02/09/2014
Location:  Susquehanna County PA
Well Name:  Butler J10H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| MILEAGE | Mileage | Miles | 1,960 | 0.555 | 1,087.80 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.18 | -0.18 |

| | |
|---|---|
| Subtotal: | 6,687.62 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,687.62 |

Confidential

MUDTECH 000959

# PURCHASE INVOICE

Pay
To:    Carol Fontenot, LLC

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201022 | P.O. Date | |

Billing Operator:  CRS Reprocessing
County/Par/St/Ctry:  Washington County PA
Dates Worked:  12/26/2014 - 1/2/2015
Location:  Washington County PA
Well Name:  Konko 114

CONSULTANT::  Carol Fontenot
Customer:  Range Resources
Job Type:  Land
Requisitioner:  RJohnson

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 8 | 400.00 | 3,200.00 |
| PERDIEM | Per Diem | Days | 8 | 35.00 | 280.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 9.60 | -9.60 |
| TRAVEL | Baggage Fee | Each | 1 | 25.00 | 25.00 |
| TRAVEL | Fuel | Each | 1 | 30.03 | 30.03 |

| | |
|---|---|
| Subtotal: | 3,525.43 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,525.43 |

# PURCHASE INVOICE

| | |
|---|---|
| Purchase Invoice Number: | 053114 |
| Purchase Invoice Date: | 5/31/2014 |
| | Page: 1 |

Pay
To:     William Gray Jr

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200873 | P.O. Date | |

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Fayette County PA
Dates Worked:  05/12-22/2014 , 05/24-25/2014
Location:  Fayette County PA

CONSULTANT::  William Gray
Customer:  Chevron-Appalachia LLC
Job Type:  Land
Well Name:  Ritter Unit 3H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 13 | 350.00 | 4,550.00 |
| PERDIEM | Per Diem | Days | 13 | 35.00 | 455.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.16 | -0.16 |

| | |
|---|---|
| **Subtotal:** | **5,004.84** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,004.84** |

Confidential

MUDTECH 001010

# PURCHASE INVOICE

Pay
To:     Benjamin Hanson

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200842 | P.O. Date | |

AFF #:  113552
Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Armstrong County PA
Job Type:  Land

Well Name:  Shaw 1C
CONSULTANT::  Benjamin Hanson
Dates Worked:  03/23/2014 - 04/05/2014 (1 Travel Day)
Location:  Apollo PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| TRAVEL | Fuel for Rental | Each | 1 | 41.11 | 41.11 |
| TRAVEL | Fuel for Rental | Each | 1 | 30.00 | 30.00 |

| | |
|---|---|
| Subtotal: | 6,046.11 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,046.11 |

# PURCHASE INVOICE

Pay
To:     Jeffrey Harrison

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200846 | P.O. Date | |

| | |
|---|---|
| AFE #:  132121 | Billing Operator:  MI Swaco NF |
| CONSULTANT::  Jeffrey Harrison | County/Par/St/Ctry:  Elk County PA |
| Customer:  Seneca | Dates Worked:  01/12/2014 - 01/25/2014 |
| Job Type:  Land | Location:  Elk County PA |
| Requisitioner:  STerranova | Well Name:  H Pad 48H 132117 |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| MILEAGE | Mileage | Miles | 300 | 0.555 | 166.50 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| CHILD SUPPORT | Child Support | Each | 1 | -382.87 | -382.87 |

| | |
|---|---|
| Subtotal: | 5,383.63 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,383.63** |

Confidential

# PURCHASE INVOICE

Pay
To:     John Hawkins

Ship
To:

Ship Via

Receive By

Terms          NET 10 Days

Vendor ID      V-200814

Confirm To

Buyer          William Stavinoha

P.O. Number

P.O. Date

---

Billing Operator:  MI Swaco NF

County/Par/St/Ctry:  Indiana County PA

Dates Worked:  05/28/2014 - 06/09/2014 (1 Travel Day)

Location:  Indiana County PA

CONSULTANT::  John Hawkins

Customer:  Consol Energy, CNX

Job Type:  Land

Well Name:  Crawford W5C

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|-----------|-------------|
| O-CONSULT | Consulting Services | Days | 13 | 375.00 | 4,875.00 |
| PERDIEM | Per Diem | Days | 13 | 25.00 | 325.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.18 | -0.18 |

|  |  |
|---|---|
| **Subtotal:** | **5,574.82** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,574.82** |

Confidential

MUDTECH 001029

# PURCHASE INVOICE

Pay
To:   Norman Hebert Jr.

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200845 | P.O. Date | |

AFF #:  14100100218
CONSULTANT::  Norman Hebert
Customer:  Range Resources
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  CRS Reprocessing
County/Par/St/Ctry:  Washington County PA
Dates Worked:  1/3/2015 - 1/7/2015
Location:  Washington County PA
Well Name:  Kopko 4H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 5 | 400.00 | 2,000.00 |
| PERDIEM | Per Diem | Days | 5 | 35.00 | 175.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 6.00 | -6.00 |

| | |
|---|---|
| Subtotal: | 2,169.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,169.00** |

# PURCHASE INVOICE

Pay
To:    Seth J.G. Howard

Ship
To:

| | | |
|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-201020 | P.O. Date | |

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Washington County PA
Dates Worked:  11/01/2014 - 11/07/2014
Location:  Washington County PA

CONSULTANT::  Seth Howard
Customer:  Rice Energy
Job Type:  Land
Well Name:  Zorro 8H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 350.00 | 2,450.00 |
| PERDIEM | Per Diem | Days | 7 | 35.00 | 245.00 |

| | |
|---|---|
| **Subtotal:** | **2,695.00** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,695.00** |

# PURCHASE INVOICE

Pay
To:     Tommy Jones

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200633 | P.O. Date | |

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Washington County PA
Job Type:  Land (Training)

CONSULTANT::  Tommy Jones
Dates Worked:  03/16/2014 - 03/17/2014
Location:  Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 375.00 | 750.00 |
| PERDIEM | Per Diem | Days | 2 | 25.00 | 50.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | | |

| | |
|---|---|
| Subtotal: | 800.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **800.00** |

# PURCHASE INVOICE

Pay
To:     Robert Lane

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-200740 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  M-134229-F
CONSULTANT::  Robert Lane
Customer:  Rex Energy
Job Type:  Land
Requisitioner:  STerranova

Billing Operator:  MI Swaco PA
County/Par/St/Ctry:  Butler County PA
Dates Worked:  06/19/2013 - 06/30/2013 (1 Travel Day)
Location:  Portersville PA
Well Name:  Perry Unit 1-1-10

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 12 | 375.00 | 4,500.00 |
| MILEAGE | Mileage | Miles | 518 | 0.555 | 287.49 |
| PERDIEM | Per Diem | Days | 12 | 25.00 | 300.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |

| | |
|---|---|
| Subtotal: | 5,462.49 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,462.49** |

# PURCHASE INVOICE

Purchase Invoice Number:     031514
Purchase Invoice Date:     3/15/2014
Page: 1

Pay
To:    Stan Lockett

Ship
To:

| | | |
|---|---|---|
| Ship Via | | |
| Receive By | | |
| Terms | NET 10 Days | |
| Vendor ID | V-200878 | |

| | | |
|---|---|---|
| Confirm To | | |
| Buyer | William Stavinoha | |
| P.O. Number | | |
| P.O. Date | | |

AFF #:  766-W-475-301
CONSULTANT::  Stan Lockett
Customer:  Rice Energy
Job Type:  Land
Well Name:  PI HC-9H

Billing Operator:  Halliburton NF
County/Par/St/Ctry:  Greene County PA
Dates Worked:  03/08/2014 - 03/12/2014
Location:  Greene County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 5 | 350.00 | 1,750.00 |
| PERDIEM | Per Diem | Days | 5 | 35.00 | 175.00 |

| | |
|---|---|
| Subtotal: | 1,925.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **1,925.00** |

# PURCHASE INVOICE

Pay
To:     Darron Metcalf

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200751 | P.O. Date | |

AFF #:  200413
CONSULTANT::  Darron Metcalf
Customer:  Noble Energy
Job Type:  Land
Travel Day(s):  9/1/2014

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Washington County PA
Dates Worked:  9/2/2014 - 9/15/2014
Location:  Washington County PA
Well Name:  WFN-5F-HS

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 11.25 | -11.25 |

| | |
|---|---|
| Subtotal: | 5,963.75 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,963.75** |

Confidential

MUDTECH 001106

# PURCHASE INVOICE

Pay
To: John Prinz

Ship
To:

| | | | | |
|---|---|---|---|---|
| Ship Via | | | Confirm To | |
| Receive By | | | Buyer | William Stavinoha |
| Terms | NET 10 Days | | P.O. Number | |
| Vendor ID | V-200860 | | P.O. Date | |

Billing Operator: CRS Reprocessing
County/Par/St/Ctry: Washington County PA
Dates Worked: 11/18/2014 - 12/10/2014
Location: Washington County PA
Well Name: Kendall 11 2-H, Kendall 7-H, Kendal 3-H

CONSULTANT:: John Prinz
Customer: Range
Job Type: Land
Requisitioner: RJohnson

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 23 | 400.00 | 9,200.00 |
| PERDIEM | Per Diem | Days | 23 | 35.00 | 805.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 27.60 | -27.60 |

|  |  |
|---|---|
| Subtotal: | 9,977.40 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **9,977.40** |

Confidential

MUDTECH 001118

# PURCHASE INVOICE

Pay
To:  Dustin Louis Richard

Ship
To:

Ship Via  
Receive By  
Terms  NET 10 Days  
Vendor ID  V-200944

Confirm To  
Buyer  William Stavinoha  
P.O. Number  
P.O. Date  

---

AFF #:  200412  
CONSULTANT::  Dustin Richard  
Customer:  Noble Energy  
Job Type:  Land  
Travel Day(s):  9/11/2014

Billing Operator:  MI Swaco NF  
County/Par/St/Ctry:  Washington County PA  
Dates Worked:  9/12/2014 - 9/21/2014  
Location:  Washington County PA  
Well Name:  WFN-5D-HS

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|-----------|-------------|
| O-CONSULT | Consulting Services | Days | 10 | 375.00 | 3,750.00 |
| PERDIEM | Per Diem | Days | 10 | 25.00 | 250.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 8.25 | -8.25 |
| TRAVEL | Baggage Fee | Each | 1 | 25.00 | 25.00 |
| TRAVEL | Fuel | Each | 1 | 33.54 | 33.54 |

| | |
|---|---|
| Subtotal: | 4,425.29 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **4,425.29** |

# PURCHASE INVOICE

| | |
|---|---|
| Purchase Invoice Number: | 011515 |
| Purchase Invoice Date: | 1/16/2015 |
| | Page: 1 |

Pay
To:     Shawn P. Roszell

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | Due On Receipt | P.O. Number | |
| Vendor ID | V-200963 | P.O. Date | |

Billing Operator:  CRS Reprocessing
County/Par/St/Ctry:  Lycoming County, PA
Dates Worked:  1/3/2015 – 1/16/2015
Location:  Lycoming County, PA
Well Name:  GoodWill A Unit 6H

CONSULTANT::  Shawn Roszell
Customer:  Range Resources
Job Type:  Land
Requisitioner:  RJohnson

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 400.00 | 5,600.00 |
| PERDIEM | Per Diem | Days | 14 | 35.00 | 490.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 16.80 | -16.80 |
| TRAVEL | Baggage Fee | Each | 1 | 25.00 | 25.00 |
| TRAVEL | Fuel | Each | 1 | 35.50 | 35.50 |
| TRAVEL | Fuel | Each | 1 | 30.50 | 30.50 |

| | |
|---|---|
| Subtotal: | 6,164.20 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **6,164.20** |

Confidential

MUDTECH 001136

# PURCHASE INVOICE

Purchase Invoice Number:     033114
Purchase Invoice Date:     3/31/2014
Page: 1

Pay
To:   Ben Saunders

Ship
To:

| | | |
|---|---|---|
| Ship Via | Confirm To | |
| Receive By | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number |
| Vendor ID | V-200815 | P.O. Date |

| | |
|---|---|
| Billing Operator: Halliburton NF | CONSULTANT:: Ben Saunders |
| County/Par/St/Ctry: Monongahela, PA | Customer: FOT |
| Dates Worked: 3/25/14-3/31/14 | Job Type: Land |
| Location: Monongahela, PA | Requisitioner: BStavinoha |
| Well Name: 592303 | |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 350.00 | 2,450.00 |
| PERDIEM | Per Diem | Days | 7 | 35.00 | 245.00 |

| | |
|---|---|
| Subtotal: | 2,695.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,695.00** |

Confidential

# PURCHASE INVOICE

Pay
To:     Kelby Schraeder

Ship
To:

| | | | | |
|---|---|---|---|---|
| Ship Via | | | Confirm To | |
| Receive By | | | Buyer | William Stavinoha |
| Terms | NET 10 Days | | P.O. Number | |
| Vendor ID | V-200901 | | P.O. Date | |

| | |
|---|---|
| AFF #:  143687 | Billing Operator:  MI Swaco NF |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Greene County PA |
| Customer:  Noble Energy | Dates Worked:  06/22/2014 - 06/28/2014 |
| Job Type:  Land | Location:  Greene County PA |
| Well Name:  RHI -4K-HS | |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 375.00 | 2,625.00 |
| PERDIEM | Per Diem | Days | 7 | 25.00 | 175.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.09 | -0.09 |
| TRAVEL | Fuel for Rental | Each | 1 | 30.01 | 30.01 |
| TRAVEL | Fuel for Rental | Each | 1 | 18.01 | 18.01 |

| | |
|---|---|
| Subtotal: | 2,847.93 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,847.93** |

Confidential

# PURCHASE INVOICE

Purchase Invoice Number:    041514
Purchase Invoice Date:    4/15/2014
Page: 1

Pay
To:   Mitchell Shoulders

Ship
To:

| | | |
|---|---|---|
| Ship Via | Confirm To | |
| Receive By | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number |
| Vendor ID | V-200863 | P.O. Date |

AFF #: W23-H2
CONSULTANT:: Mitchell Shoulders
Customer: Penn Energy
Job Type: Land
Well Name: PEN-2G-HS

Billing Operator: MI Swaco NF
County/Par/St/Ctry: Butler County PA
Dates Worked: 03/30/2014 - 04/12/2014 (1 Travel Day)
Location: Butler County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.20 | -0.20 |

| | |
|---|---|
| Subtotal: | 5,974.80 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,974.80** |

Confidential

# PURCHASE INVOICE

Pay
To:    Samuel Shreves

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200733 | P.O. Date | |

| | |
|---|---|
| AFF #:  117135 | Billing Operator:  MI Swaco NF |
| CONSULTANT::  Samuel Shreves | County/Par/St/Ctry:  Jefferson County PA |
| Customer:  Noble Energy | Dates Worked:  04/10/2014 - 04/23/2014 (1 Travel Day) |
| Job Type:  Land | Location:  Jefferson County PA |
| Requisitioner:  STerranova | Well Name:  Marchand 3I |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| MILEAGE | Mileage | Miles | 1,536 | 0.555 | 852.48 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.20 | -0.20 |
| TRAVEL | Fuel for Rental | Each | 1 | 40.01 | 40.01 |
| TRAVEL | Fuel for Rental | Each | 1 | 34.00 | 34.00 |
| TRAVEL | Fuel for Rental | Each | 1 | 36.02 | 36.02 |
| TRAVEL | Fuel for Rental | Each | 1 | 34.01 | 34.01 |
| TRAVEL | Fuel for Rental | Each | 1 | 39.00 | 39.00 |
| TRAVEL | Fuel for Rental | Each | 1 | 39.00 | 39.00 |

| | |
|---|---|
| **Subtotal:** | **7,049.32** |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **7,049.32** |

# PURCHASE INVOICE

Pay
To: Christopher Stockman

Ship
To:

Ship Via
Receive By
Terms          NET 10 Days
Vendor ID      V-200987

Confirm To
Buyer          William Stavinoha
P.O. Number
P.O. Date

AFF #:  143688
CONSULTANT::  Christopher Stockman
Customer:  Noble Energy
Job Type:  Land
Well Name:  RHI -4J-HS

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Greene County PA
Dates Worked:  08/09/2014 - 08/22/2014 (1 Travel Day)
Location:  Greene County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|------------|-------------|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 11.25 | -11.25 |

|  |  |
|--|--|
| Subtotal: | 5,963.75 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,963.75** |

Confidential

# PURCHASE INVOICE

Pay
To:   Tyler Dane Stockman

Ship
To:

| | |
|---|---|
| Ship Via | |
| Receive By | |
| Terms | NET 10 Days |
| Vendor ID | V-200996 |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

Billing Operator: MI Swaco NF
County/Par/St/Ctry: Butler County PA
Dates Worked: 08/09/2014 - 08/22/2014 (1 Travel Day)
Location: Butler County PA

CONSULTANT:: Tyler Stockman
Customer: Penn Energy
Job Type: Land
Well Name: WW7-1H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |

| | |
|---|---|
| Subtotal: | 5,975.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,975.00 |

# PURCHASE INVOICE

Pay
To:     Mike Strawn Consulting

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200836 | P.O. Date | |

AFF #:  131010045, 1410100181

CONSULTANT::  Michael Strawn

Customer:  Range

Job Type:  Land

Well Name:  Kendall 1-H, Kendall 10-H

Billing Operator:  CRS Reprocessing

County/Par/St/Ctry:  Washington County PA

Dates Worked:  11/9/2014 - 11/16/2014

Location:  Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 8 | 400.00 | 3,200.00 |
| PERDIEM | Per Diem | Days | 8 | 35.00 | 280.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 9.60 | -9.60 |

| | |
|---|---|
| Subtotal: | 3,470.40 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **3,470.40** |

Confidential

MUDTECH 001264

# PURCHASE INVOICE

Pay
To:    Daniel Stroder

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200868 | P.O. Date | |

AFF #:  762-W-323-301                    Billing Operator:  Halliburton NE
CONSULTANT::  Daniel Stroder             County/Par/St/Ctry:  Washington County PA
Customer:  Rice Energy                   Dates Worked:  02/01/2014 - 02/02/2014
Job Type:  Land                          Location:  Washington County PA
Requisitioner:  STerranova                Well Name:  Lusk 7H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 2 | 350.00 | 700.00 |
| PERDIEM | Per Diem | Days | 2 | 35.00 | 70.00 |

| | |
|---|---|
| Subtotal: | 770.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **770.00** |

Confidential

# PURCHASE INVOICE

Pay
To:     Scott Thompson

Ship
To:

Ship Via
Receive By
Terms          NET 10 Days
Vendor ID      V-201021

Confirm To
Buyer          William Stavinoha
P.O. Number
P.O. Date

AFF #:  21932906
CONSULTANT::  Scott Thompson
Customer:  Arrington Oil and Gas
Job Type:  Land
Well Name:  Behm 1H

Billing Operator:  Halliburton NE
County/Par/St/Ctry:  Greene County PA
Dates Worked:  10/29/2014 - 11/11/2014
Location:  Greene County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|-----------|------------|
| O-CONSULT | Consulting Services | Days | 14 | 350.00 | 4,900.00 |
| MILEAGE | Mileage | Miles | 910 | 0.555 | 505.05 |
| PERDIEM | Per Diem | Days | 14 | 35.00 | 490.00 |

| | |
|---|---|
| Subtotal: | 5,895.05 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **5,895.05** |

Confidential

# PURCHASE INVOICE

Pay
To:     Ronald Triplette Jr.

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200705 | P.O. Date | |

AFF #:  1310100206
CONSULTANT::  Ronald Triplette
Customer:  Range Resources
Job Type:  Land
Requisitioner:  RJohnson

Billing Operator:  CRS Reprocessing
County/Par/St/Ctry:  Washington County PA
Dates Worked:  12/20/2014 - 12/26/2014
Location:  Washington County PA
Well Name:  KOPKO 1-H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 7 | 400.00 | 2,800.00 |
| PERDIEM | Per Diem | Days | 7 | 35.00 | 245.00 |
| CHILD SUPPORT | Child Support | Each | 1 | -153.50 | -153.50 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 8.40 | -8.40 |

|  |  |
|---|---|
| Subtotal: | 2,883.10 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,883.10** |

# PURCHASE INVOICE

Pay
To: Jack Ulstad

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200680 | P.O. Date | |

AFF #: 72-W-323-301
CONSULTANT:: Jack Ulstad
Customer: Rice Energy
Job Type: Land
Well Name: Lusk 7H

Billing Operator: Halliburton NE
County/Par/St/Ctry: Washington County PA
Dates Worked: 02/06/2014 - 02/13/2014
Location: Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 8 | 350.00 | 2,800.00 |
| PERDIEM | Per Diem | Days | 8 | 35.00 | 280.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | | |

| | |
|---|---|
| Subtotal: | 3,080.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,080.00 |

# PURCHASE INVOICE

Pay
To:    Keith Vance

Ship
To:

Ship Via

Receive By

Terms           NET 10 Days

Vendor ID       V-200971

Confirm To

Buyer           William Stavinoha

P.O. Number

P.O. Date

---

AFF #:  200410

CONSULTANT::  Keith Vance

Customer:  Noble Energy

Job Type:  Land

Travel Day(s):  9/11/2014

Billing Operator:  MI Swaco NF

County/Par/St/Ctry:  Washington County PA

Dates Worked:  9/12/2014 - 9/25/2014

Location:  Washington County PA

Well Name:  WFN-5C-HS

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|-----------|-------------|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| MILEAGE | Mileage | Miles | 330 | 0.555 | 183.15 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 11.25 | -11.25 |

|  |  |
|--|--|
| Subtotal: | 6,146.90 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,146.90 |

Confidential

MUDTECH 001295

# PURCHASE INVOICE

Pay
To:    Brandon Warren

Ship
To:

| | | |
|---|---|---|
| Ship Via | | |
| Receive By | | |
| Terms | NET 10 Days | |
| Vendor ID | V-200919 | |

| | |
|---|---|
| Confirm To | |
| Buyer | William Stavinoha |
| P.O. Number | |
| P.O. Date | |

AFF #:  200413
CONSULTANT::  Brandon Warren
Customer:  Noble Energy
Job Type:  Land
Travel Day(s):  9/1/2014

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Washington County PA
Dates Worked:  9/2/2014 - 9/15/2014
Location:  Washington County PA
Well Name:  WFN-5F-HS

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 11.25 | -11.25 |

| | |
|---|---|
| Subtotal: | 5,963.75 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,963.75 |

Confidential

MUDTECH 001329

# PURCHASE INVOICE

Pay
To:    Bob Watson

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200648 | P.O. Date | |

AFF #:  200415

CONSULTANT::  William Watson

Customer:  Noble Energy

Job Type:  Land

Well Name:  WFN-5F-HS

Billing Operator:  MI Swaco NF

County/Par/St/Ctry:  Washington County PA

Dates Worked:  9/1/2014 - 9/11/2014

Location:  Washington County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 11 | 375.00 | 4,125.00 |
| PERDIEM | Per Diem | Days | 11 | 25.00 | 275.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 8.25 | -8.25 |
| TRAVEL | Fuel for Rental | Each | 1 | 18.67 | 18.67 |
| TRAVEL | Fuel for Rental | Each | 1 | 62.73 | 62.73 |

| | |
|---|---|
| Subtotal: | 4,473.15 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **4,473.15** |

Confidential

# PURCHASE INVOICE

Pay
To:     Alexis Wilder

Ship
To:

Ship Via
Receive By
Terms           NET 10 Days
Vendor ID       V-200628

Confirm To
Buyer           William Stavinoha
P.O. Number
P.O. Date

---

AFF #:  132120
CONSULTANT::  Alexis Wilder
Customer:  Seneca
Job Type:  Land
Well Name:  COP WT 2600 47H

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Elk County, PA
Dates Worked:  December 7-12, 2013 (1 Travel Day)
Requisitioner:  STerranova

---

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|----------|-------------|------|----------|-----------|-------------|
| O-CONSULT | Consulting Services | Days | 6 | 375.00 | 2,250.00 |
| PERDIEM | Per Diem | Days | 6 | 25.00 | 150.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 0.08 | -0.08 |

| | |
|---|---|
| Subtotal: | 2,774.92 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **2,774.92** |

# PURCHASE INVOICE

Pay
To:     Anthony Williams

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200704 | P.O. Date | |

AFF #:  766-W-477-301                        Billing Operator:  Halliburton NE
CONSULTANT::  Anthony Williams              County/Par/St/Ctry:  Green County PA
Customer:  Rice Energy                       Dates Worked:  02/09/2014 - 02/12/2014
Job Type:  Land                              Location:  Green County PA
Well Name:  PLHC 11H

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 4 | 350.00 | 1,400.00 |
| PERDIEM | Per Diem | Days | 4 | 35.00 | 140.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | | |

| | |
|---|---|
| Subtotal: | 1,540.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 1,540.00 |

Confidential

# PURCHASE INVOICE

Pay
To:     Joseph Ytuarte

Ship
To:

| | | | |
|---|---|---|---|
| Ship Via | | Confirm To | |
| Receive By | | Buyer | William Stavinoha |
| Terms | NET 10 Days | P.O. Number | |
| Vendor ID | V-200894 | P.O. Date | |

AFF #:  52344
CONSULTANT::  Joseph Ytuarte
Customer:  Cabot Oil & Gas
Job Type:  Land
Well Name:  Foltz 7H, PD 531

Billing Operator:  MI Swaco NF
County/Par/St/Ctry:  Susquehanna County PA
Dates Worked:  12/14/2014 - 12/27/2014 (1 Travel Day)
Location:  Susquehanna County PA

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| O-CONSULT | Consulting Services | Days | 14 | 375.00 | 5,250.00 |
| PERDIEM | Per Diem | Days | 14 | 25.00 | 350.00 |
| TD | Travel Day | Days | 1 | 375.00 | 375.00 |
| WORK COMP | Workers Comp Deduction | Each | -1 | 16.88 | -16.88 |
| TRAVEL | Baggage Fee | Each | 1 | 25.00 | 25.00 |

| | |
|---|---|
| Subtotal: | 5,983.12 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,983.12 |